■ LORALYN FASHIONS, Respondent and Counterclaim Defendant-Respondent, v PITI MOOTDARPONGSAI et al., Defendants, and TORAY INDUSTRIES AMERICA, INC., Appellant.—Order, Supreme Court, New York County (Burton S. Sherman, J.), entered on or about January 25, 1991, unanimously affirmed for the reasons stated by Burton S. Sherman, J., with costs and disbursements. No opinion. Concur—Carro, J. P., Wallach, Asch, Smith and Rubin, JJ.